FILED

2005 Aug-19  PM 02:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| **CESAR PEREZ MORALES**, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Civil Action Number |
| **v.** | ) | **4:05-cv-00921-UWC-JEO** |
| | ) | |
| **MICHAEL CHERTOFF**, **Secretary,** | ) | |
| **Dep't. of Homeland Security, et al.,** | ) | |
| | ) | |
| Respondents. | ) | |

### MEMORANDUM OPINION

The petitioner, Cesar Perez Morales, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  He seeks repatriation to Cuba or release pending that repatriation.

On July 20, 2005, the respondents filed a motion to dismiss this action as moot premised upon the petitioner's release on an order of supervision.  Therefore, the respondents assert that there is no longer a case or controversy between the parties.  The petitioner has filed nothing in opposition to the motion to dismiss.

The court agrees with the respondents.  Accordingly, by separate order, this action will be dismissed.

Done this 19th day of August, 2005.

U.W. Clemon
Chief United States District Judge